FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>BERNERT BARGE LINES, INC., *in personam*; Tugboat KATHRYN B, Coast Guard No., CG137775, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*; BARGE B-16, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*; and DOE BARGE (a barge owned and operated by Bernert Barge Lines), her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*,<br><br>                Defendants. | NO: 2:23-CV-0189-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Voluntary Stipulation of Dismissal of Action with Prejudice. ECF No. 31. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that each party will bear their

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

own fees and costs. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear their own fees and costs.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 28, 2025.



THOMAS O. RICE
United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2