AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2025

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA, )
*Plaintiff* )
v. )
BERNERT BARGE LINES, INC., in personam; Tugboat KATHRYN B, Coast Guard )
No., CG137775, her engines, apparel, electronics, tackle, boats, appurtenances, etc., in )
rem; BARGE B-16, her engines, apparel, electronics, tackle, boats, appurtenances, etc., )
in rem; and DOE BARGE (a barge owned and operated by Bernert Barge Lines), her )
engines, apparel, electronics, tackle, boats, appurtenances, etc., in rem, )

*Defendant*

Civil Action No. 2:23-CV-0189-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice

Date: August 28, 2025

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*

Sara Gore